Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov — For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov — For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov — For Riverside criminal duty.

**FILED**
CLERK, U.S. DISTRICT COURT
6/17/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___LM___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF<br>v.<br>SCHWARTZBERG, SAGI<br>USMS# _____ DEFENDANT | CASE NUMBER: 5:21 - MJ - 00317<br><br>**REPORT COMMENCING CRIMINAL ACTION** |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on __June 16__ at __9__ ☐ AM ☒ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☐ Yes ☒ No

4. Charges under which defendant has been booked:
   Title 18 USC 2251(a) Production of Child Pornography

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes  Language: _____

7. Year of Birth: 1983

8. Defendant has retained counsel: ☐ No
   ☒ Yes   Name: Alec Rose    Phone Number: _____

9. Name of Pretrial Services Officer notified: Vivian Villegas 213-207-8181

10. Remarks (if any): _____

11. Name: Lisa Wall                    (please print)

12. Office Phone Number: 954-275-8158         13. Agency: FBI

14. Signature: [signature]                    15. Date: 06/15/2021

CR-64 (09/20)                REPORT COMMENCING CRIMINAL ACTION