```
                                          FILED
                                 CLERK, U.S. DISTRICT COURT

                                        06/29/2021

                                 CENTRAL DISTRICT OF CALIFORNIA
                                 BY:        AP        DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ED CR No. 21- 5:21-cr-00148-VAP |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. §§ 2252A(a)(2)(A), (b)(1): Receipt of Child Pornography] |
| SAGI SCHWARTZBERG, aka "Jason D," and "xocdrunkx," | |
| Defendant. | |

The United States Attorney charges:

[18 U.S.C. §§ 2252A(a)(2)(A), (b)(1)]

Beginning in May 2020 through December 2020, in San Bernardino and Los Angeles Counties, within the Central District of California, defendant SAGI SCHWARTZBERG knowingly received child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, and using any means and facility of interstate and foreign commerce had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images and videos were child pornography.

The child pornography that defendant SCHWARTZBERG received included, but was not limited to, the following videos and image:

    (1)   DC32740-E979-484A-9ACF-4B1E8887A102;

    (2)   E310434-5E35-4718-9BCA-E3FCB677FDCF; and

    (3)   EF7FD938-C708-4F7A-BF89-0D6B688D4E6C.

TRACY L. WILKISON
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

*/s/ Sean Peterson*

SEAN D. PETERSON
Assistant United States Attorney
Acting Chief, Riverside Branch Office

SONAH LEE
Assistant United States Attorney