# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

**FILED**
CLERK, U.S. DISTRICT COURT
06/29/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: AP DEPUTY

| Field | Value |
|---|---|
| Case Number | 5:21-cr-00148-VAP |
| U.S.A. v. | Sagi Schwartzberg |
| Defendant Number | |
| Year of Birth | 1983 |
| Indictment | ☐ |
| Information | ✓ |
| Investigative agency (FBI, DEA, etc.) | FBI |

**NOTE:** All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."

## OFFENSE/VENUE

a. Offense charged as a:
- ☐ Class A Misdemeanor
- ☐ Minor Offense
- ☐ Petty Offense
- ☐ Class B Misdemeanor
- ☐ Class C Misdemeanor
- ✓ Felony

b. Date of Offense: On or about May 2020 to Dec. 2020

c. County in which first offense occurred: San Bernardino

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):
- ✓ Los Angeles
- ☐ Ventura
- ☐ Orange
- ☐ Santa Barbara
- ☐ Riverside
- ☐ San Luis Obispo
- ✓ San Bernardino
- ☐ Other

Citation of Offense: 18 U.S.C. §§ 2252A(a)(2)(A), (b)(1)

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
- ☐ Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
- ✓ Eastern (Riverside and San Bernardino)
- ☐ Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?
- ✓ No
- ☐ Yes

If "Yes," Case Number:

Pursuant to General Order 21-01, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**):

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: 4.27.2021
Case Number: 5:21-MJ-00317
Assigned Judge: Duty
Charging: 18 U.S.C. Sec. 2251(a)

The complaint/CVB citation:
- ✓ is still pending
- ☐ was dismissed on:

## PREVIOUS COUNSEL

Was defendant previously represented?
- ☐ No
- ✓ Yes

IF YES, provide Name: Alec Scott Rose
Phone Number: 310-877-5398

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
- ☐ Yes*
- ✓ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
- ☐ Yes*
- ✓ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**
- ☐ Yes
- ☐ No

This is the _____ superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on:

Case Number:

The superseded case:
- ☐ is still pending before Judge/Magistrate Judge
- ☐ was previously dismissed on

Are there 8 or more defendants in the superseding case?
- ☐ Yes*
- ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
- ☐ Yes*
- ✓ No

Was a Notice of Complex Case filed on the Indictment or Information?
- ☐ Yes
- ✓ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

**INTERPRETER**

Is an interpreter required? ☐ YES  ☑ NO

IF YES, list language and/or dialect: _____

**OTHER**

☑ Male  ☐ Female
☑ U.S. Citizen  ☐ Alien

Alias Name(s): _____

This defendant is charged in:
☑ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile? ☐ Yes  ☑ No
IF YES, should matter be sealed? ☐ Yes  ☐ No

The area(s) of substantive law that will be involved in this case include(s):
☐ financial institution fraud
☐ government fraud
☐ environmental issues
☐ narcotics offenses
☐ violent crimes/firearms
☐ public corruption
☐ tax offenses
☐ mail/wire fraud
☐ immigration offenses
☐ corporate fraud
☑ Other _____

**CUSTODY STATUS**

Defendant is **not in custody**:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision?  ☐ Yes  ☐ No
d. Is on bail or release from another district: _____

Defendant is **in custody**:
a. Place of incarceration:  ☑ State  ☐ Federal
b. Name of Institution:  West Valley
c. If Federal, U.S. Marshals Service Registration Number: _____
d. ☑ Solely on this charge.  Date and time of arrest:
   6.16.2021 @ 1550
e. On another conviction:  ☐ Yes  ☐ No
   IF YES:  ☐ State  ☐ Federal  ☐ Writ of Issue
f. Awaiting trial on other charges:  ☐ Yes  ☐ No
   IF YES:  ☐ State  ☐ Federal  AND
Name of Court: _____
Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.  __20__  __21__  __40__

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN: _____

Date  6/29/2021

/s/ Sonah Lee
Signature of Assistant U.S. Attorney
Sonah Lee
Print Name