UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES – CHANGE OF PLEA

| Case No. | EDCR 21-00148-VAP | | | Date | August 3, 2021 | | |
|---|---|---|---|---|---|---|---|
| Present: The Honorable | VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE | | | | | | |
| Interpreter | N/A | | | | | | |
| Christine Chung<br>*Deputy Clerk* | | | Myra Ponce<br>*Court Reporter* | | Sonah Lee<br>*Assistant U.S. Attorney* | | |
| **U.S.A. v. Defendant(s)** | Present | Custody | Bond | **Attorneys for Defendant(s)** | Present | App. | Ret. |
| Sagi Schwartzberg | X | | X | Alec Scott Rose | X | | X |
| **Proceedings:** | CHANGE OF PLEA TO THE SINGLE-COUNT INFORMATION | | | | | | |

    Case called, and appearances made.

    Defendant is sworn and states his true name as charged. Defendant moves to withdraw his previous plea of Not Guilty to the Single-Count Information.

    Defendant now enters a new and different plea of GUILTY to the Single-Count Information.

    The Court questions the defendant regarding the plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered. The plea agreement is incorporated into this proceeding.

    The Court refers the defendant to the U.S. Probation Office for investigation and report and continues the matter to **November 15, 2021 at 9:00 a.m.,** for sentencing.

    The Court vacates the jury trial date.

    **Counsel are notified that Federal Rule of Criminal Procedure 32(f)(1) & (2) requires the parties to notify the Probation Officer, and each other, of any objections to the Presentence Report within fourteen (14) days of receipt. Alternatively, the Court will permit counsel to file such objections no later than twenty-one (21) days before Sentencing. The Court construes "objections" to include departure arguments. Requests for continuances shall be filed no later than twenty-one (21) days before Sentencing. Strict compliance with the above is <u>mandatory</u> because untimely filings impede the abilities of the Probation Office and of the Court to prepare for Sentencing. Failure to meet these deadlines is grounds for sanctions.**

*cc:*     **U.S. Probation Office**