IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>         Plaintiff,<br><br>vs.<br><br>SAGI SCHWARTZBERG,<br>         Defendant. | Case No.: 5:21-cr-00148-VAP-1<br><br>ORDER TO CONTINUE SENTENCING DATE TO JANUARY 31, 2022 |

Upon the agreement and stipulation of the Parties and for Good Cause, it is hereby ORDERED that the Sentencing Hearing for November 15, 2021 is hereby vacated and Sentencing for Defendant Sagi Schwartzberg shall be set in this matter for January 31, 2022 at 9:00 a.m. in the Courtroom of The Honorable Virginia A. Phillips, United States District Judge.

SO ORDERED THIS 15th day of October, 2021

By:_____
THE HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE