Alec Rose No. 165983
Certified Criminal Law Specialist
Law Office of Alec Rose, PC
12121 Wilshire Blvd., Suite 740
Los Angeles, CA 90012
(310) 877-5398
alec@alecrose.com

Attorney for Sagi Schwartzberg

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>            Plaintiff,<br><br>vs.<br><br>SAGI SCHWARTZBERG,<br>            Defendant. | Case No.: 5:21-cr-00148-VAP-1<br><br>STIPULATION TO CONTINUE SENTENCING DATE TO APRIL 4, 2022 |

    WHEREAS Sentencing in the within matter is currently scheduled for January 31, 2022 at 11:00AM in the Courtroom of The Honorable Judge Virginia A. Phillips, United States District Judge;

    WHEREAS the Parties are required to provide their Sentencing Briefs to the Court no later than January 10, 2022;

    WHEREAS Counsel for Mr. Schwartzberg wishes to incorporate a report of a Forensic Psychologist as part of the Sentencing Brief provided to the Court by the defense;

WHEREAS the Defense's forensic psychologist, Dr. Lydia Bangston was only able to provide the psychologist's report to defense counsel on January 3, 2022 due to delays imposed by the San Bernardino County Sheriff on her visits with Mr. Schwartzberg;

WHEREAS Defense counsel was only able to provide the report to Prosecution counsel AUSA Sonah Lee on January 6, 2022;

WHEREAS both sides wish to consider the impact of the psychologist's report on their positions in their sentencing briefs;

WHEREAS a forensic psychologist's report is essential to the defense's briefing to the court concerning the sentencing of Mr. Schwartzberg insofar as it will provide evidence in support of the defense's position to guide the Court as to the Defendant's correctional needs;

WHEREAS Mr. Schwartzberg desires that his sentencing hearing take place in person;

WHEREAS the "Omicron surge" is a serious threat to public health and holding a sentencing hearing in person during the peak of the surge presents a public safety risk that can be avoided by delaying the sentencing;

WHEREAS Prosecution counsel AUSA Lee proposed to Defense counsel that Sentencing be postponed to April 4, 2022, a date that the Clerk advised is available to the Court, and Defense counsel agreed to the proposed new date;

WHEREAS Ms. Lee and Mr. Rose mutually agreed that April 4, 2022 is an appropriate date for the Sentencing to take place; and

WHEREAS Rule 32(b)(1) of the Federal Rules of Criminal Procedure requires the Court to impose sentence without unnecessary delay and Rule 32(b)(2) permits the court to extend time where good cause is appearing;

THE PARTIES, through counsel, hereby mutually Agree and Stipulate to their request for Good Cause that the Court Order that the Sentencing Hearing currently set for January 31, 2022 shall be continued and re-set for April 4, 2022 in the Courtroom of The Honorable Judge Virginia A. Phillips, United States District Judge.

So Agreed and Stipulated by:

LAW OFFICE OF ALEC ROSE, PC

Dated: January 10, 2022          by:_____
                                 ALEC ROSE, Attorney at Law
                                 Counsel for Defendant Sagi Schwartzberg


THE UNITED STATES OF AMERICA

Dated: January 10 , 2022         By:___Signed with the Permission of AUSA Sonah Lee___
                                 Sonah Lee, Assistant United States Attorney
                                 Counsel for Plaintiff United States of America

> I had emailed the previous version of the stipulation. Just sent the April 4 version, citing the late psych report and the omicron surge.

> Please advise.

Delivered

You may sign for me. Thank you for drafting it.