Alec Rose No. 165983
Certified Criminal Law Specialist
Law Office of Alec Rose, PC
12121 Wilshire Blvd., Suite 740
Los Angeles, CA 90012
(310) 877-5398
alec@alecrose.com

Attorney for Sagi Schwartzberg

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>          Plaintiff,<br><br>vs.<br><br>SAGI SCHWARTZBERG,<br>          Defendant. | Case No.: 5:21-cr-00148-VAP-1<br><br>ORDER TO CONTINUE SENTENCING DATE TO APRIL 4, 2022 |

Upon the agreement and stipulation of the Parties and for Good Cause, it is hereby

ORDERED that the Sentencing Hearing for January 31, 2022 is hereby vacated and

Sentencing for Defendant Sagi Schwartzberg shall be set in this matter for April 4, 2022 at

9:00 AM in the Courtroom of The Honorable Virginia A. Phillips, United States District

Judge.

SO ORDERED THIS January 11, 2022

By:__*Virginia A. Phillips*__
THE HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE